**FILED**
ASHEVILLE, N. C.

JUN 1 7 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT WARREN and VIKI WARREN,

Defendants.

DOCKET NO. 1:03 CR 76

## ORDER APPOINTING GUARDIAN AD LITEM

Upon application of Rhonda McElrath Streadwick, daughter of George Howard McElrath, for the appointment of a guardian ad litem to present a petition for the protection of real property belonging to her father, the Court finds that:

1. George Howard McElrath is 91 years of age and has for a number of years been in poor health due to his advanced age and conditions including coronary heart disease, for which he underwent coronary artery bypass surgery, chronic obstructive pulmonary disease, cataracts, chronic depression for which he has been on prescription medication for approximately five years, hearing deficiencies, hip replacement, blood clots and other problems.
2. George Howard McElrath's advanced age and physical condition have for a number of years caused him to be mentally confused to the extent that he is not competent to carry on his own personal and business affairs.
3. It is in the best interest of George Howard McElrath that significant business and other transactions affecting him be carried on in his name and on his behalf by some discreet person appointed for such purpose.
4. Theron Mullinax, attorney of Hendersonville, North Carolina, is a discreet person, is presently serving as guardian ad litem for George Howard McElrath in a related civil action pending in this Court and is willing to serve as guardian ad litem for George Howard McElrath in the matter captioned above.

IT IS NOW, THEREFORE, FOR GOOD CAUSE SHOWN, ORDERED:

Theron Mullinax, an attorney and discreet person residing in Henderson County, North Carolina, be and he is hereby appointed guardian ad litem for George Howard McElrath, to present a petition on behalf of George Howard McElrath for the protection of his real property.

This 16th day of June, 2005.

_____
LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE

2