IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:03CR76

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| ROBERT WARREN | ) | |
| VIKI WARREN | ) | |

**THIS MATTER** is before the Court on the petition of Theron Mullinax, Guardian Ad Litem for George Howard McElrath and Rhonda McElrath Streadwick, for amendment of the Order of Forfeiture previously entered in this action.

In view of the Government's response to the motion to amend, the Guardian Ad Litem is requested to advise the Court whether or not the motion to amend needs further action by the Court.

**IT IS, THEREFORE, ORDERED** that the Guardian Ad Litem advise the Court within 20 days from entry of this Order whether or not his petition to amend the Order of Forfeiture is now moot.

**Signed: July 26, 2005**

Lacy H. Thornburg
United States District Judge