IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:03CR76

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| ROBERT WARREN ) | |
| VIKI WARREN ) | |
| ) | |

**THIS MATTER** is before the Court on the Petition and Verified Statement of Interest of GMAC Mortgage Corporation.

GMAC requests that a hearing be scheduled to determine its legal interest in the property sought to be forfeited. The Government has not responded to that request. Including this petition, three petitions have been filed in the criminal forfeiture proceeding. The Defendants are currently scheduled for sentencing on September 7, 2005.

The Court is aware that certain negotiations have been underway in connection with the forfeiture and, therefore, will request the Government to respond as to whether a hearing in connection with the ancillary proceeding is necessary.

**IT IS, THEREFORE, ORDERED** that on or before 15 days from entry of this Order, the Government shall respond as to the necessity of a hearing on the petitions which have been filed.

**Signed: July 28, 2005**

Lacy H. Thornburg
United States District Judge