# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:03CR76

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| ROBERT WARREN ) | |
| VIKI WARREN ) | |
| ) | |

**THIS MATTER** is before the Court on the response of the Petitioner Theron Mullinax, Guardian Ad Litem for George Howard McElrath and Rhonda McElrath Streadwick, to the Court's July 26, 2005, Order.

For the reasons stated therein, and in view of the Government's filing of the Clarification of Lis Pendens herein,

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for amendment of the Order of Forfeiture is hereby **DENIED** as moot, without prejudice to renewal if appropriate.

**Signed: August 23, 2005**

Lacy H. Thornburg
United States District Judge