IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:03CR76

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| ROBERT WARREN | ) | |
| VIKI WARREN | ) | |
| R & V WARREN FARMS, INC. | ) | |
| GEORGE T. KISER | ) | |
| DEMETRIO JAIMES | ) | |
| HAROLD DEAN COLE | ) | |
| THOMAS JEFFREY MARSH | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's notices of withdrawal of Document Nos. 159 and 160, of which Document No. 159 addressed the Petition and Verified Statement of Interest of GMAC Mortgage Corporation.

**IT IS, THEREFORE, ORDERED** that within 10 days from entry of this Order the Government explain the necessity of these "withdrawals" and duly respond to the Petition filed by the GMAC Mortgage Corporation.

2

**Signed: August 23, 2005**

Lacy H. Thornburg
United States District Judge