IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:03CR76

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ROBERT WARREN ) | |
| VIKI WARREN ) | |
| R & V WARREN FARMS, INC. ) | |
| GEORGE T. KISER ) | |
| DEMETRIO JAIMES ) | |
| HAROLD DEAN COLE ) | |
| THOMAS JEFFREY MARSH ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's response to the Court's Order of August 23, 2005, regarding its notices of withdrawal of Document Nos. 159 and 160.

According to the Government's response, Document No. 166 was submitted in error; therefore, Document No. 159, which recognized the legitimate lien interest of GMAC Mortgage Corporation, is duly filed as part of the proceedings herein. Document No. 160, however, has been replaced by Document No. 163 which corrected typographical errors in Document No. 160.

**IT IS, THEREFORE, ORDERED** that the docket record is hereby corrected.

**Signed: September 8, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge