# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

**CRIMINAL NO. 1:03CR76**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | <u>O R D E R</u> |
| ) | |
| ) | |
| ) | |
| ROBERT WARREN ) | |
| VIKI WARREN ) | |
| ) | |

**THIS MATTER** is before the Court to exonerate the real estate lien note and deed of trust posted as bond for the Defendants herein.

The Defendant were arrested on October 9, 2003, and released on a $1 million bond, partially secured by a Real Estate Lien and Deed of Trust posted by Robert and Viki Warren. The note and deed of trust are being held by the Clerk until final disposition of this case.

Defendants entered guilty pleas on July 15, 2004, and were sentenced by the undersigned on September 7, 2005, to active terms of imprisonment. Robert Warren self-surrendered to authorities at the Federal Correctional Institute at Edgefield, South Carolina, on November

22, 2005; Viki Warren self-surrendered to authorities at the Federal Prison Camp at Alderson, West Virginia, on January 18, 2006. There being no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond herein referenced is hereby exonerated and the Clerk of Court is directed to write across the face of the Real Estate Lien Note and Deed of Trust that the bond has been exonerated and the Note and Deed of Trust are satisfied, and return same to the Grantors, in care of Sean P. Devereux, Attorney at Law, 22 South Pack Square, Suite 1100, Asheville, North Carolina, 28801.

Signed: February 3, 2006

Lacy H. Thornburg
United States District Judge