# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:03CR76** |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERT WARREN,** | ) | |
| **VIKI WARREN,** | ) | |
| **R & V WARREN FARMS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## FIRST FINAL ORDER OF FORFEITURE

On May 20, 2005, this Court entered a First Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the Robert and Viki Warren's pleas of guilty to Count One, a violation of 18 U.S.C. § 371; Viki Warrens's plea to Count Twenty-Five, a violation of 18 U.S.C. § 1341; and Robert Warren's plea to Count Thirty-Four, a violation of 18 U.S.C. § 1956(h), in the Bill of Indictment.

On June 11, 18, and 25, 2005, in the *Spartanburg Herald-Journal*, a newspaper of general circulation in Spartanburg, South Carolina; on June 15, 22, and 29, 2005, in the *Asheville Citizen-Times*, a newspaper of general circulation in Asheville, North Carolina; and on June 11, 18, and 25, 2005, in the *Greenville News*, a newspaper of general circulation in Greenville, South Carolina, the United States published notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. The United States gave

additional notice by personal service. It appears from the record that any claims concerning property listed herein have been satisfied.

The Court finds that the defendants had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 982.

It is therefore ORDERED:

– A **personal money judgment** in forfeiture in the amount of **$7.3 million** is entered, joint and severally with Viki Warren and Robert Warren.

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following property**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

– The amount of **$773,115.26** in **United States currency** together with accumulated interest, being the total of $173,647.56 with accumulated interest in an account held by the Clerk of Court of the Western District of North Carolina from the civil-forfeiture case, *United States v. Undetermined Amount*, 1:02CV112, and $599,467.70 with accumulated interest in an account held by the United States' Marshal's Service from the civil-forfeiture case, *United States v. 16.99 Acres*, 1:02CV113.

– The **sixteen (16) tracts of real property** listed below:

1. Real property located on Smith Cove Road, Buncombe County, North Carolina, containing approximately 16.99 acres, lying and being in Upper Hominy Township, and more particularly described in a deed recorded at Deed Book 1775 Page 177, Buncombe County, N.C. Register of Deeds.

2. Real property located on Smith Cove Road, Buncombe County, North Carolina, containing approximately 28.46 acres, lying and being in Upper Hominy, and more particularly described in a deed recorded at Deed Book 2015 Page 427, Buncombe County, N.C. Register of Deeds.

3. Real property located Off Dave Whitaker Road, Henderson County, North Carolina, containing approximately 19.44 acres lying and being in Mills River Township, and more particularly

described in a deed recorded at Deed Book 966 Page 221, Henderson County, N.C. Register of Deeds.

4. Real property located on J D Hooper Estate, tracts #4 and #6, Henderson County, North Carolina, containing approximately 32.44 acres lying and being in Mills River Township, and more particularly described in a deed recorded at Deed Book 970 Page 613, Henderson County, N.C. Register of Deeds.

5. Real property located off Glady Fork Road, Buncombe County, North Carolina, containing 36.54 acres lying and being in Buncombe County, and more particularly described in a deed recorded at Deed Book 2068, Pages 580 and 583, Buncombe County, N.C. Register of Deeds.

6. Real property located on Black Cover Road, Buncombe County, North Carolina, containing approximately 50 acres and found in Buncombe County Deed Book 1930, Book 223, which was substituted for a Hartford Financial Services Group Inc. annuity, account number 710473987.

7. Real property located at 1396 Kilgore Bridge Road, Spartanburg County, South Carolina, containing approximately 113.96 acres lying and being in the old Casey Pearson School District, and more particularly described in a deed recorded at Deed Book 069E, Page 779, Spartanburg County, S.C. Public Registry.

8. Real property located SR1353 Off Hooper Lane Road, Henderson County, North Carolina, containing approximately 1.86 acres lying and being in Mills River Township, and more particularly described in a deed recorded at Deed Book 982, Page 041, Henderson County, N.C. Register of Deeds.

9. Real property located at Tract A and Lot 2 J D Hooper Estate, Henderson County, North Carolina, containing approximately 16.10 acres, and more particularly described in a deed recorded at Deed Book 982, Page 796, Henderson County, N.C. Register of Deeds.

10. Real property located at 112 Smith Cove Road, Buncombe County, North Carolina, containing approximately 1.00 acres lying and being in Upper Hominy Township, and more particularly

described in a deed recorded at Deed Book 2087, Page 515, Buncombe County, N.C. Register of Deeds.

11.  Real property located on Lower Beaverdam Loop Road, Buncombe County, North Carolina, containing approximately 2.53 acres lying and being in Buncombe County, and more particularly described in a deed recorded at Deed Book 2184, Page 893, Buncombe County, N.C. Register of Deeds.

12.  Real property located off Dave Whitaker Road, Henderson County, North Carolina, containing approximately 1.35 acres lying and being in Henderson County, and more particularly described in a deed recorded at Deed Book 1021, Page 227, Henderson County, N.C. Register of Deeds.

13.  Real property located at 46 Billy Cove Road, Buncombe County, North Carolina, containing approximately 1.13 acres lying and being in Upper Hominy, and more particularly described in a deed recorded at Deed Book 2330, Page 820, Buncombe County, N.C. Register of Deeds.

14.  Real property located on Beaverdam Loop Road, Buncombe County, North Carolina, containing approximately 4.30 acres lying and being in Upper Hominy Township, and more particularly described in a deed recorded at Deed Book 2386, Page 388, Buncombe County, N.C. Register of Deeds.

15.  Real property located in Spartanburg County, South Carolina, containing approximately 5.0 acres lying and being in Spartanburg County, and more particularly described in a deed recorded at Deed Book 073, Page 962, Spartanburg County, S.C. Public Registry.

16.  Real property located on Beaverdam Loop Road, Buncombe County, NC, containing approximately 26.43 acres and found in Buncombe County Deed Book 1144, page 79.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

SO ORDERED:

Signed: March 17, 2006

Lacy H. Thornburg
United States District Judge