# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:03CR76** |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERT WARREN,** | ) | |
| **VIKI WARREN,** | ) | |
| **R & V WARREN FARMS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AMENDMENT TO
## FIRST FINAL ORDER OF FORFEITURE
## OF MARCH 13, 2006

**THIS MATTER** is before the Court on motion of the United States for amendment of the First Final Order of Forfeiture filed March 13, 2006.

For cause shown and there being no objections to the relief sought,

**IT IS, THEREFORE, ORDERED** that the Government's motion to amend is **ALLOWED**, and the First Final Order of Forfeiture filed March 13, 2006, is hereby amended as follows:

> Paragraph "13" of Page "4" of the First Final Order of Forfeiture is amended by striking "1.13 acres" and substituting "3.91 acres."

**IT IS FURTHER ORDERED** that all other remaining provisions of the First final Order of Forfeiture filed March 13, 2006, remain in full force and effect.

2

Signed: November 19, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge