**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:03CR76-1**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ROBERT WARREN ) | |

**THIS MATTER** is before the Court on the Government's motion to withdraw its previously filed Protective Rule 35 motion for the Defendant.

For the reasons stated by the Government in its motion to withdraw,

**IT IS, THEREFORE, ORDERED** that the Government's motion to withdraw its previously filed Protective Rule 35 motion is **ALLOWED**, and the Protective Rule 35 motion is now deemed by the Court as moot.

Signed: August 27, 2009

Lacy H. Thornburg
United States District Judge