IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT WARREN, ) | Case No. 1:03cr76 |
| VIKI WARREN, ) | |
| R & V WARREN FARMS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**SECOND FINAL ORDER OF FORFEITURE**

On May 20, 2005, this Court entered a First Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon Robert and Viki Warrens' pleas of guilty to Count One, a violation of 18 U.S.C. § 371; Viki Warrens's plea of guilty to Count Twenty-Five, a violation of 18 U.S.C. § 1341; and Robert Warren's plea of guilty to Count Thirty-Four, a violation of 18 U.S.C. § 1956(h), in the Bill of Indictment.

On June 11, 18, and 25, 2005, in the *Spartanburg Herald-Journal*, a newspaper of general circulation in Spartanburg, South Carolina; on June 15, 22, and 29, 2005, in the *Asheville Citizen-Times*, a newspaper of general circulation in Asheville, North Carolina; and on June 11, 18, and 25, 2005, in the *Greenville News*, a newspaper of general circulation in Greenville, South Carolina, the United States published notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. The United States gave additional notice by personal service. It appears from

the record that any claims concerning property listed herein have been satisfied.

The Court finds that the defendants had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 982.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture, as modified,[*] is confirmed as final as to **the following property**.  All right, title, and interest in **the following property**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **Real property located off Dave Whitaker Road, Henderson County, North Carolina, known as "Hogback," being approximately 26-28 acres, as described in Book 1073, Page 45, in the Registry of Deeds of Henderson County, North Carolina.**

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

Signed: January 14, 2010

Richard L. Voorhees
United States District Judge

---

[*]The description of the Hogback property in the First Preliminary Order of Forfeiture (Document #128), which stated that the Hogback property was "approximately 155.86 acres," was incorrect.  This acreage description was struck by the United States in its Clarification of Lis Pendens filed with this court on August 11, 2005 (Document #157).  The new acreage statement is that given by the North Carolina Court of Appeals in the related civil case of <u>Streadwick v. Warren</u>, 681 S.E.2d 865 (N.C. App. 2009) (unpublished).